| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Delaware_____ on the following   x Patents or ___ Trademarks:

| DOCKET NO.<br>08-cv-164 | DATE FILED<br>03/24/2008 | U.S. DISTRICT COURT<br>Delaware |
|---|---|---|
| PLAINTIFF<br>Pfizer Inc. Et al. | | DEFENDANT<br>Ranbaxy Laboratories Limited et al. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,087,511 | 07/11/2000 | Warner-Lambert Company |
| 2 | US 2,674,740 B1 | 08/14/2001 | Warner-Lambert Company |
| 3 | | | |
| 4 | | | |
| 5 | | | |

| DATE INCLUDED | INCLUDED BY<br>___ Amendment   ___ Answer   ___ Cross Bill   ___ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE<br>03/25/2008 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director**   **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**   **Copy 4—Case file copy**