IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC, PFIZER IRELAND PHARMACEUTICALS, WARNER-LAMBERT COMPANY, WARNER-LAMBERT COMPANY, LLC and WARNER-LAMBERT EXPORT LTD.<br><br>Plaintiffs,<br><br>v.<br><br>RANBAXY LABORATORIES LIMITED, RANBAXY PHARMACEUTICALS, INC. and RANBAXY INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C. A. No. 08-cv-164-JJF<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATED BRIEFING SCHEDULE ON RANBAXY'S MOTION TO DISMISS
PFIZER'S COMPLAINT**

WHEREAS, Plaintiffs Pfizer Inc, Pfizer Ireland Pharmaceuticals, Warner-Lambert Company, Warner-Lambert Company, LLC and Warner-Lambert Export Ltd. (collectively, "Plaintiffs") filed their Complaint in this matter on March 24, 2008;

WHEREAS, Defendants Ranbaxy Laboratories Limited, Ranbaxy Pharmaceuticals, Inc. and Ranbaxy Inc. (collectively, "Defendants") intend to file a Motion to Dismiss that Complaint, and have discussed that intention with Plaintiffs;

WHEREAS Defendants time to respond to Plaintiffs' Complaint is extended pursuant to the following briefing schedule;

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the following briefing schedule be set for Defendants' Motion to Dismiss:

1. Defendants' Opening Brief on their Motion to Dismiss shall be filed on April 24, 2008;

2. Plaintiffs' Opposition brief shall be filed on May 19, 2008;

RLF1-3272851-1

2

3. Defendants' Reply brief shall be filed on June 2, 2008;

4. Should an Answer to Plaintiffs' Complaint be necessary, the parties will mutually agree to a schedule for such Answer.

Plaintiffs reserve the right to seek discovery relating to the jurisdictional facts supporting their Opposition brief. Defendants reserve their right to oppose any such jurisdictional discovery by Plaintiffs. The parties recognize that, should (1) Plaintiffs request jurisdictional discovery which Defendants oppose, thereby requiring a ruling by the Court and (2) Plaintiffs are allowed any such jurisdictional discovery by Court Order, the above-stipulated briefing schedule will need to be revised to, *inter alia,* allow time for Plaintiffs to apply to the Court for discovery and/or to take the jurisdictional discovery allowed, and the parties will work in cooperation to reach a mutually agreeable schedule.

| | |
|---|---|
| */s/ Mary W. Bourke* | */s/ Frederick L. Cottrell, III* |
| Rudolf E. Hutz (#484) | Frederick L. Cottrell, III (#2555) |
| Jeffrey B. Bove (#998) | cottrell@rlf.com |
| Mary W. Bourke (#2356) | Richards, Layton & Finger |
| Connolly Bove Lodge & Hutz LLP | One Rodney Square |
| The Nemours Building | P.O. Box 551 |
| 1007 North Orange Street | Wilmington, DE 19899 |
| P.O. Box 2207 | (302) 651-7700 |
| Wilmington, DE 19899-2207 | |
| (302) 658-9141 | |
| *Attorneys for the Plaintiffs* | *Attorneys for the Defendants* |

IT IS SO ORDERED THIS _____ day of _____ 2008.

_____
United States District Judge