IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., <br> PFIZER IRELAND PHARMACEUTICALS, <br> WARNER-LAMBERT COMPANY, <br> WARNER-LAMBERT COMPANY, LLC <br> and WARNER-LAMBERT EXPORT LTD. <br><br> Plaintiffs, <br><br> v. <br><br> RANBAXY LABORATORIES LIMITED, <br> RANBAXY PHARMACEUTICALS, INC. <br> and RANBAXY INC. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C. A. No. 08-164-JJF <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## RANBAXY'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b)(1), and as set forth in its accompanying brief, Defendants Ranbaxy Laboratories Limited, Ranbaxy Pharmaceuticals Inc. and Ranbaxy Inc., (collectively, "Ranbaxy"), move for an Order dismissing Plaintiffs Pfizer Inc., Pfizer Ireland Pharmaceuticals, Warner-Lambert Company, Warner-Lambert Company, LLC and Warner-Lambert Export Ltd.'s Complaint filed on March 24, 2008. This Motion is supported by the accompanying Opening Brief and the Declaration of Jay R. Deshmukh, Esq. Pursuant to Local Rule 7.1.4, oral argument is also hereby requested by Ranbaxy. A form of order is attached hereto.

2

*Of Counsel*
Darrell L. Olson
Douglas G. Muehlhauser
William R. Zimmerman
Payson LeMeilleur
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA  92614
(949) 760-0404

DATED:  April 24, 2008

/s/ F. L. Cottrell, III
_____
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
One Rodney Square
P.O. Box 551
Wilmington, DE  19899
(302) 651-7700
*Attorneys for Defendants*
*Ranbaxy Laboratories Limited,*
*Ranbaxy Pharmaceuticals Inc.*
*and Ranbaxy Inc.*

2

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 24, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF and caused the same to be served on the plaintiff at the addresses and in the manner indicated below:

**HAND DELIVERY**

Rudolf E. Hutz
Jeffrey B. Bove
Mary W. Bourke
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141

_____
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com

RLF1-3276519-1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., <br> PFIZER IRELAND PHARMACEUTICALS, <br> WARNER-LAMBERT COMPANY, <br> WARNER-LAMBERT COMPANY, LLC <br> and WARNER-LAMBERT EXPORT LTD. <br><br> Plaintiffs, <br><br> v. <br><br> RANBAXY LABORATORIES LIMITED, <br> RANBAXY PHARMACEUTICALS, INC. <br> and RANBAXY INC. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C. A. No. 08-164-JJF <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR AN ORDER
DISMISSING PLAINTIFFS' COMPLAINT**

This _____ day of _____, 2008, upon consideration of Defendants' Motion to Dismiss Plaintiffs' Complaint, and Plaintiffs' response thereto, this Court finds that it lacks subject matter jurisdiction over Plaintiffs' Complaint.

IT IS HEREBY ORDERED that the Defendants' Motion is GRANTED. Plaintiffs' March 24, 2008 Complaint is dismissed.

_____
United Stated District Judge