IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., <br> PFIZER IRELAND PHARMACEUTICALS, <br> WARNER-LAMBERT COMPANY, <br> WARNER-LAMBERT COMPANY, LLC <br> and WARNER-LAMBERT EXPORT LTD. <br><br> Plaintiffs, <br><br> v. <br><br> RANBAXY LABORATORIES LIMITED, <br> RANBAXY PHARMACEUTICALS, INC. <br> and RANBAXY INC. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C. A. No. 08-164-JJF <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANTS RANBAXY LABORATORIES LIMITED, RANBAXY
PHARMACEUTICALS INC. AND RANBAXY INC.'S
CORPORATE DISCLOSURE STATEMENT (FED. R. CIV. P. 7.1)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Ranbaxy Laboratories Limited, Ranbaxy Pharmaceuticals Inc. and Ranbaxy Inc. submit the following Corporate Disclosure Statement:

1. Ranbaxy Laboratories Limited is a publicly held entity. Its shares are listed on the Stock Exchanges in India, viz. National Stock Exchange and The Stock Exchange, Mumbai. Its Global Depository shares are listed on the Luxembourg Stock Exchange. It does not have a parent corporation. No publicly held corporation owns 10 percent or more of Ranbaxy Laboratories Limited's stock.

2. Ranbaxy Pharmaceuticals Inc. is a wholly-owned subsidiary of Ranbaxy Inc., which is a wholly-owned subsidiary of Ranbaxy Holdings (UK) Limited, which is a wholly-owned subsidiary of Ranbaxy (Netherlands) B.V., which is a wholly-owned subsidiary of Ranbaxy Laboratories Limited. No other publicly held corporation owns 10 percent or more of Ranbaxy Pharmaceuticals or Ranbaxy Inc.'s stock.

/s/ Frederick L. Cottrell III

Frederick L. Cottrell III (#2555)
cottrell@rlf.com
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19899
Attorneys for Defendants
*Ranbaxy Laboratories Limited,
Ranbaxy Pharmaceuticals Inc. and
Ranbaxy Inc.*

*Of Counsel*:
Darrell L. Olson
Douglas G. Muehlhauser
William R. Zimmerman
Payson LeMeilleur
Knobbe, Martens, Olson & Bear
2040 Main Street, 14th Floor
Irvine, California 92614
(949) 760-0404

Date: April 24, 2008

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 24, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF and caused the same to be served on the plaintiff at the addresses and in the manner indicated below:

**HAND DELIVERY**

Rudolf E. Hutz
Jeffrey B. Bove
Mary W. Bourke
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141

_____
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com

RLF1-3276519-1