IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PFIZER INC., PFIZER IRELAND                )
PHARMACEUTICALS, WARNER-                   )
LAMBERT COMPANY, WARNER-                    )
LAMBERT COMPANY, LLC and                    )
WARNER-LAMBERT EXPORT LTD.                  )
                                            ) C. A. No. 08-164-JJF
                Plaintiffs,                 )
                                            )
                                            )
v.                                          )
                                            )
RANBAXY LABORATORIES LIMITED,              )  **REDACTED VERSION**
RANBAXY PHARMACEUTICALS, INC.              )
and RANBAXY INC.                           )
                                            )
                Defendants.                 )
                                            )
                                            )
                                            )

## DECLARATION OF JAY R. DESHMUKH, ESQ., IN SUPPORT OF RANBAXY'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT

*Of Counsel*                          Frederick L. Cottrell, III (#2555)
Darrell L. Olson                      cottrell@rlf.com
Douglas G. Muehlhauser                RICHARDS LAYTON & FINGER, P.A.
William R. Zimmerman                  One Rodney Square
Payson LeMeilleur                     P.O. Box 551
KNOBBE, MARTENS, OLSON                Wilmington, DE 19899
 & BEAR, LLP                          (302) 651-7700
2040 Main Street, 14th Floor          *Attorneys for Defendants*
Irvine, CA 92614                      *Ranbaxy Laboratories Limited,*
(949) 760-0404                        *Ranbaxy Pharmaceuticals Inc*
                                      *and Ranbaxy Inc*

DATED: April 24, 2008

I, Jay R. Deshmukh, Esq., declare as follows:

1.    I am currently Senior Vice President, Global Intellectual Property, for Ranbaxy Laboratories Limited ("Ranbaxy"). I have personal knowledge of the facts set forth herein, and if called upon to testify, I could and would testify competently and completely to the statements made herein.

2.    Ranbaxy filed Abbreviated New Drug Application ("ANDA") Nos. 76-477 and 78-747 seeking approval to market generic versions of the drug products Lipitor® and Caduet®, respectively. The drug products of Ranbaxy ANDA Nos. 76-477 and 78-747 both contain atorvastatin calcium.

REDACTED

3.

REDACTED

4

REDACTED

5

REDACTED

I declare under penalty of perjury under the laws of the United States that the foregoing is true and accurate to the best of my knowledge.

Executed this 23rd day of April, 2008, in Princeton, New Jersey.

Jay R. Deshmukh, Esq.

5189479_1
042308

-3-

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 1, 2008, I electronically filed the foregoing with the

Clerk of Court using CM/ECF and caused the same to be served on the plaintiff at the addresses

and in the manner indicated below:

### HAND DELIVERY

Rudolf E. Hutz
Jeffrey B. Bove
Mary W. Bourke
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141

_____
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com

RLF1-3276519-1