AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

PFIZER INC,
PFIZER IRELAND PHARMACEUTICALS,
WARNER-LAMBERT COMPANY,
WARNER-LAMBERT COMPANY, LLC,
and
WARNER-LAMBERT EXPORT, LTD.

      Plaintiffs,

V.

RANBAXY LABORATORIES LIMITED,
RANBAXY INC, and
RANBAXY PHARMACEUTICALS, INC.

      Defendants.

SUMMONS IN A CIVIL CASE
CASE NUMBER: 08 - 164

TO: (Name and address of defendant)
RANBAXY PHARMACEUTICALS, INC.
c/o The Prentice Hall Corporation
2711 Centerville Road
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Rudolf E. Hutz, Esq.
Connolly Bove Lodge & Hutz LLP
1220 Market Street
Post Office Box 2207
Wilmington, Delaware 19899-2207

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO
CLERK

(BY) DEPUTY CLERK

MAR 2 5 2008
DATE

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE<br>3/25/08 |
| NAME OF SERVER (PPJNT)<br>KEVIN S. DUNN | TITLE<br>SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: RANBAXY PHARMACEUTICALS INC, C/O THE PRENTICE-HALL CORPORATION SYSTEM, INC 2711 CENTERVILLE RD. WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY MARY DRUMMOND

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/25/08
            Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302-475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

PFIZER INC,
PFIZER IRELAND PHARMACEUTICALS,
WARNER-LAMBERT COMPANY,
WARNER-LAMBERT COMPANY, LLC,
and
WARNER-LAMBERT EXPORT, LTD.

      Plaintiffs,

v.

RANBAXY LABORATORIES LIMITED,
RANBAXY INC, and
RANBAXY PHARMACEUTICALS, INC.

      Defendants.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 08 - 164

TO: (Name and address of defendant)
RANBAXY LABORATORIES LIMITED
c/o The Prentice Hall Corporation
2711 Centerville Road
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Rudolf E. Hutz, Esq.
Connolly Bove Lodge & Hutz LLP
1220 Market Street
Post Office Box 2207
Wilmington, Delaware  19899-2207

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO
CLERK

(BY) DEPUTY CLERK

MAR 2 5 2008
DATE

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 3/25/08 |
| NAME OF SERVER (PRINT) KEVIN S. DUNN | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: RANBAXY LABORATORIES LIMITED, C/O THE PRENTICE-HALL CORPORATION SYSTEM, INC 2711 CENTERVILLE RD. WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY MARY DRUMMOND

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/25/08
              Date

Signature of Server
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

PFIZER INC,
PFIZER IRELAND PHARMACEUTICALS,
WARNER-LAMBERT COMPANY,
WARNER-LAMBERT COMPANY, LLC,
and
WARNER-LAMBERT EXPORT, LTD.

      Plaintiffs,

V.

RANBAXY LABORATORIES LIMITED,
RANBAXY INC, and
RANBAXY PHARMACEUTICALS, INC.

      Defendants.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 08-164

TO: (Name and address of defendant)
RANBAXY INC.
c/o The Prentice Hall Corporation
2711 Centerville Road
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Rudolf E. Hutz, Esq.
Connolly Bove Lodge & Hutz LLP
1220 Market Street
Post Office Box 2207
Wilmington, Delaware 19899-2207

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MAR 2 5 2008

PETER T. DALLEO
CLERK

(BY) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 3/25/08 |
| NAME OF SERVER (PPJNT) KEVIN S. DUNN | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: RANBAXY, INC C/O THE PRENTICE-HALL CORPORATION SYSTEM, INC 2711 CENTERVILLE RD. WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY MARY DRUMMOND

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/25/08
          Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302-475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.