IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC, PFIZER IRELAND PHARMACEUTICALS, WARNER-LAMBERT COMPANY, WARNER LAMBERT COMPANY, LLC and WARNER-LAMBERT EXPORT LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>RANBAXY LABORATORIES LIMITED, RANBAXY PHARMACEUTICALS, INC. and RANBAXY INC.,<br><br>Defendants. | Civil Action No. 08-164 (JJF) |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Jeffrey B. Bove and Mary W. Bourke of the firm of Connolly Bove Lodge & Hutz LLP, 1007 North Orange Street, P.O. Box 2207, Wilmington, Delaware 19899-2207, hereby enter their appearance in this action on behalf of Plaintiffs.

CONNOLLY BOVE LODGE & HUTZ LLP

*/s/  Jeffrey B. Bove*

Rudolf E. Hutz (#484)
Jeffrey B. Bove (#998)
Email: jbove@cblh.com
Mary W. Bourke (#2356)
Email: mbourke@cblh.com
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899-2207
(302) 658-9141
*Attorneys for the Plaintiffs*

DATED:  May 16, 2008

611834_1.DOC

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2008, a true copy of the foregoing ***Plaintiffs' NOTICE OF ENTRY OF APPEARANCE*** was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

> Frederick L. Cottrell, III
> Richards, Layton & Finger, P.A.
> One Rodney Square
> Wilmington, DE 19801

I hereby certify that on May 16, 2008, I have sent by U.S. Mail the foregoing documents to the following non-registered participants:

> William R. Zimmerman
> Payson LeMeilleur
> Knobbe, Martens, Olson & Bear, LLP
> 2040 Main Street, 14th Floor
> Irvine, CA 92614

By: /s/ *Jeffrey B. Bove*
Jeffrey B. Bove (#998)
1007 North Orange Street
Wilmington, DE 19801
Telephone: (302) 658-9141

3