IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC, <br> PFIZER IRELAND PHARMACEUTICALS, <br> WARNER-LAMBERT COMPANY, <br> WARNER-LAMBERT COMPANY, LLC <br> and <br> WARNER-LAMBERT EXPORT, LTD. <br><br> Plaintiffs, <br><br> v. <br><br> RANBAXY LABORATORIES LIMITED, <br> RANBAXY PHARMACEUTICALS, INC <br> and RANBAXY INC. <br><br> Defendants. | Civil Action No. 1:08-cv-00164 |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of Plaintiffs' First Set of Interrogatories to Ranbaxy were served on May 22, 2008 upon counsel of record as follows:

**BY ELECTRONIC MAIL**
Frederick L. Cottrell, III
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801
Cottrell@rlf.com

**BY ELECTRONIC MAIL**
William R. Zimmerman
Payson LeMeilleur
Knobbe, Martens, Olson & Bear, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
wzimmerman@kmob.com

-2-

Respectfully Submitted,

**CONNOLLY BOVE LODGE & HUTZ LLP**

By: /s/ *Jeffrey B. Bove*
   Rudolf E. Hutz (#484)
   Jeffrey B. Bove (#998)
   Mary W. Bourke (#2356)
   CONNOLLY BOVE LODGE & HUTZ LLP
   The Nemours Building
   1007 North Orange Street
   Wilmington, DE 19899
   (302) 658-9141
   Attorneys for Plaintiffs

Dated: May 22, 2008

-3-

## CERTIFICATE OF SERVICE

I, Jeffrey B. Bove, do hereby declare that on May 22, 2008, I caused a copy of plaintiffs' **NOTICE OF SERVICE** to be delivered to the following attorneys of record in the manner indicated:

**BY ELECTRONIC MAIL**
Frederick L. Cottrell, III
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801
Cottrell@rlf.com

**BY ELECTRONIC MAIL**
William R. Zimmerman
Payson LeMeilleur
Knobbe, Martens, Olson & Bear, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
wzimmerman@kmob.com

/s/ *Jeffrey B. Bove*
Jeffrey B. Bove (No. 484)