IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC,<br>PFIZER IRELAND PHARMACEUTICALS,<br>WARNER-LAMBERT COMPANY,<br>WARNER-LAMBERT COMPANY, LLC<br>and<br>WARNER-LAMBERT EXPORT, LTD.<br><br>Plaintiffs,<br><br>v.<br><br>RANBAXY LABORATORIES LIMITED,<br>RANBAXY PHARMACEUTICALS, INC<br>and RANBAXY INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:08-cv-00164<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of Pfizer's First Set of Requests for Documents and Things (Nos. 1-35) were served on May 22, 2008 upon counsel of record as follows:

**BY ELECTRONIC MAIL**
Frederick L. Cottrell, III
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801
Cottrell@rlf.com

**BY ELECTRONIC MAIL**
William R. Zimmerman
Payson LeMeilleur
Knobbe, Martens, Olson & Bear, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
wzimmerman@kmob.com

Respectfully Submitted,

**CONNOLLY BOVE LODGE & HUTZ LLP**

By: /s/ *Jeffrey B. Bove*
    Rudolf E. Hutz (#484)
    Jeffrey B. Bove (#998)
    Mary W. Bourke (#2356)
    CONNOLLY BOVE LODGE & HUTZ LLP
    The Nemours Building
    1007 North Orange Street
    Wilmington, DE 19899
    (302) 658-9141
    Attorneys for Plaintiffs

Dated: May 22, 2008

## CERTIFICATE OF SERVICE

I, Jeffrey B. Bove, do hereby declare that on May 22, 2008, I caused a copy of plaintiffs' **NOTICE OF SERVICE** to be delivered to the following attorneys of record in the manner indicated:

| BY ELECTRONIC MAIL | BY ELECTRONIC MAIL |
|---|---|
| Frederick L. Cottrell, III | William R. Zimmerman |
| Richards, Layton & Finger, P.A. | Payson LeMeilleur |
| One Rodney Square | Knobbe, Martens, Olson & Bear, LLP |
| Wilmington, DE 19801 | 2040 Main Street, 14th Floor |
| Cottrell@rlf.com | Irvine, CA 92614 |
| | wzimmerman@kmob.com |

/s/ *Jeffrey B. Bove*
Jeffrey B. Bove (No. 484)