AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ____Delaware____ on the following  X  Patents or  ☐ Trademarks:

| DOCKET NO.<br>08cv164 | DATE FILED<br>3/24/2008 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br>Pfizer Inc., et al. | | DEFENDANT<br>Ranbaxy Laboratories Limited, et al. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,087,511 | 7/11/2000 | Warner-Lambert Company |
| 2 | 6,274,740 | 8/14/2001 | Warner-Lambert Company |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| See Attached Consent Order and Stipulated Injunction |

| CLERK<br>PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK<br>*[signature]* | DATE<br>6/24/2008 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Pfizer Inc., ) | |
| Pfizer Ireland Pharmaceuticals, ) | |
| Warner-Lambert Company, ) | |
| Warner-Lambert Company LLC and ) | |
| Warner-Lambert Export Limited, ) | |
| ) | |
|     Plaintiffs/Counterclaim-Defendants ) | |
| ) | |
|     v. ) | |
| ) | C.A. No. 08-cv-164-JJF |
| ) | |
| Ranbaxy Laboratories Limited ) | |
| Ranbaxy Pharmaceuticals, Inc. and ) | |
| Ranbaxy, Inc, ) | |
| ) | |
|     Defendant/Counterclaim-Plaintiff. ) | |
| ) | |

## CONSENT ORDER AND STIPULATED INJUNCTION

WHEREAS, plaintiffs/counterclaim defendants Pfizer Inc., Pfizer Ireland Pharmaceuticals, Warner-Lambert Company, Warner-Lambert Company, LLC and Warner-Lambert Export Limited ("Pfizer") own U.S. patents covering the manufacture, sale and use of atorvastatin containing products, including without limitation U.S. patents 6,087,511 and 6,274,740 (collectively, "Lipitor Patents");

WHEREAS, defendant/counterclaim plaintiff Ranbaxy Laboratories Limited, Ranbaxy Pharmaceuticals, Inc. and Ranbaxy, Inc. ("Ranbaxy") has submitted to the U.S. Food and Drug Administration Abbreviated New Drug Application No. 76-477 ("Ranbaxy ANDA") for approval to market and sell generic atorvastatin calcium;

WHEREAS, Pfizer and Ranbaxy are parties to litigation relating to the Ranbaxy ANDA and Lipitor Patents, and Ranbaxy desires to sell generic atorvastatin calcium

undert he Ranbaxy ANDA free from claims of infringement by Pfizeru ndert he Lipitor Patents;

WHEREAS, Pfizer andR anbaxy have entered intoa Settlement andL icense Agreement, dated as of June 17, 2008 ("Settlement Agreement"), pursuant to which the parties have resolved this action and Pfizer has granted Ranbaxy certain rights to its portfolio of patents relating to atorvastatin;

NOW THEREFORE, Pfizer and Ranbaxy stipulate that:

1. Ranbaxy, its officers, agents,s ervants, employees and attorneys, and those persons in active concert or participation with Ranbaxy are enjoined until November 30, 2011 from engaging in the commercial manufacture, use, offer to sell, or sale within the UnitedS tates, or importationi ntot he UnitedS tates, of any product comprising the chemical compound atorvastatin calcium. This injunction shall terminate automatically upon the U.S. Generic Lipitor Commencement Date as defined in the Settlement Agreement.

2. The Protective Order entered by the Court in this action shall remain in full force and effect notwithstanding this Consent Order and Stipulated Injunction.

3. All claims and counterclaims are dismissed with prejudice, and each Party shall bear its own costs, expenses and attorneys' fees in connection with this action.

4. The parties waive any right of appeal from this Order.

5. The Court reserves jurisdiction over this Consent Order in the evento f any dispute concerning it.

Dated: June 18, 2008                              Dated: June 18, 2008

By: /s/ Rudolf E. Hutz                            By: /s/ Frederick L. Cottrell, III

Rudolf E. Hutz (#484)                             Frederick L. Cottrell, III (#2555)
Jeffrey B. Bove (#998)                            Email: cottrell@rlf.com
Mary W. Bourke (#2356)                            Richards, Layton & Finger
CONNOLLY BOVE LODGE & HUTZ LLP                    One Rodney Square
The Nemours Building                              P.O. Box 551
1007 North Orange Street                          Wilmington, DE 19899
P.O. Box 2207                                     (302) 658-6541
Wilmington, DE 19899-2207                         *Attorneys for Defendants*
(302) 658-9141
*Attorneys for the Plaintiffs*                    Of Counsel:
                                                  Joseph M. Reisman
                                                  William R. Zimmerman
                                                  Payson LeMeilleur
                                                  KNOBBE, MARTENS, OLSON
                                                   & BEAR, LLP
                                                  2040 Main Street, 14th Floor
                                                  Irvine, CA 92614
                                                  (949) 760-0404
                                                  *Attorneys for Defendants*


IT IS SO ORDERED, this ___20___ day of ___June___, 2008.


                                            _____
                                            The Honorable Joseph J. Farnan, Jr.
                                            United States District Judge

3